IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CAMPUS COMMUNICATIONS INC,

    Plaintiff,

v.                                               CASE NO. 1:12-cv-00186-MP-GRJ

BOARD OF TRUSTEES OF THE UNIVERSITY OF FLORIDA, CURTIS REYNOLDS,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 28, a joint motion by the parties to stay this action until December to attempt settlement. Upon consideration, the Court finds that the interests of justice and judicial economy justify this stay. Accordingly, it is hereby

**ORDERED AND ADJUDGED**:

1. The motion to stay, Doc. 28, is granted, and this matter is stayed until December 10, 2012. The hearing currently set for Wednesday, November 7, 2012, is cancelled.

2. Plaintiff, Campus Communications, Inc., shall file a notice of voluntary dismissal of this lawsuit pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), on or before December 10, 2012, if the parties reach a settlement. In the event that the settlement is not consummated and the action will not be dismissed on or before December 10, 2012, counsel for Campus Communications, Inc. shall notify the Court on or before December 10, 2012.

**DONE AND ORDERED** this _6th_ day of November, 2012

                                              *s/Maurice M. Paul*
                                              Maurice M. Paul, Senior District Judge